**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1755**

_____

LISA ANTOINE,

Plaintiff - Appellant,

v.

DELANCY LLC, d/b/a Vital Medical Staffing,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:20-cv-00523-GCM)

_____

Submitted:  December 15, 2022                    Decided:  December 19, 2022

_____

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lisa Antoine, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Antoine appeals the district court's order granting Defendant summary judgment and denying Antoine summary judgment on Antoine's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Antoine v. Delancy LLC*, No. 3:20-cv-00523-GCM (W.D.N.C. July 13, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*